# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 09-1878

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Brandon Allen Wickman, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: October 19, 2009
Filed: November 12, 2009

_____

Before RILEY, HANSEN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Brandon Allen Wickman pled guilty to being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). After holding that two of his prior convictions for terroristic threats in violation of Minn. Stat. § 609.713(1) were "crimes of violence" under the United States Sentencing Guidelines Manual (USSG) § 4B1.2(a), the district court[1] imposed a sentence of 72 months' imprisonment.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

Wickman appeals his sentence, arguing that his convictions for terroristic threats were not crimes of violence.

We review a district court's finding that a prior conviction constitutes a crime of violence under the Guidelines *de novo*. United States v. Wilson, 562 F.3d 965, 967 (8th Cir. 2009). On appeal, Wickman states that he "understands and acknowledges that his position is contrary to current 8th Circuit law," (Appellant's Br. at 5), and he concedes that this issue is controlled by United States v. Clinkscale, 559 F.2d 815 (8th Cir. 2009).

Accordingly, the judgment of the district court is affirmed.

_____